UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 15-2458-McAliley

UNITED STATES OF AMERICA

vs.

RONET BLANC,

      Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By: _____
    Benjamin J. Widlanski
    Assistant United States Attorney
    Court ID No. A5501885
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 961-9342
    Fax: (305) 530-7976

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| RONET BLANC, | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT  15-2458-McAliley

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 18, 2015__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(a)(3) | Possession of fifteen or more unauthorized access devices |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Roger Passero, DOL-OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 7, 2015

*Judge's signature*

City and state:   Miami, Florida

Honorable Chris M. McAliley, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Roger Passero, being duly sworn, attest and affirm the following:

1. I am a Special Agent of the United States Department of Labor, Office of Inspector General, Office of Labor Racketeering and Fraud Investigations (hereinafter referred to as "Department of Labor"). I have been a Special Agent with Department of Labor since January 2005 and am currently assigned to the Miami Resident Office. As a Special Agent with the Department of Labor, I have conducted and participated in investigations involving embezzlement, false statements, wire and mail fraud, identity theft and other financial crimes. I have obtained and executed search warrants as part of these investigations.

2. The information in this affidavit is based upon my personal knowledge and information learned from other law enforcement agents, other investigators, witnesses, and documents. This affidavit is submitted for the limited purpose of establishing probable cause in support of the criminal complaint charging Ronet Blanc ("BLANC") with possession of fifteen or more unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(3). As such, it does not include each and every fact known to the government about this investigation.

3. The Federal Government provides unemployment insurance ("UI") for certain persons who are unable to work. The UI system is administered for the Federal Government by state employment offices. The State of Michigan Unemployment Insurance Agency ("UIA") is the state employment office that oversees the UI program in Michigan.

4. A person can receive UI benefits by completing an online application with the claimant's personally identifying information, including the claimant's name and social security

number. The claimant can then file for benefits by certifying online that the claimant continues to be unemployed and eligible for benefits.

5. UIA authorizes the State of Michigan to send unemployment compensation funds in the form of either: (a) a State of Michigan debit card mailed to the applicant; (b) a direct deposit into the claimant's designated bank account; or (c) a direct deposit into a pre-paid debit card.

6. Law enforcement learned in September of 2014 that there were UIA claims for different individuals being deposited into SunTrust bank accounts. During the course of the investigation, law enforcement learned that a fraudulent Michigan UI claim in the name of an individual with the initials "W.B." was deposited into a SunTrust bank account ending in -5813 (the "SunTrust Account"). The SunTrust Account was opened in the name, date of birth, social security number, and driver's license number of BLANC. The account lists BLANC's home address — 531 Northeast 141 Street, North Miami, Florida 33161 — as the mailing address.

7. A review of the statements from September 1, 2014, through October 31, 2014, as well as the Michigan UI payment summary for the claim of W.B., revealed that approximately $1,448 in fraudulent Michigan UI claims were deposited into the SunTrust Account during that timeframe. W.B. is a real individual who neither filed these UI claims nor authorized anyone to file the claims on his/her behalf.

8. Law enforcement obtained automatic teller machine ("ATM") surveillance photos associated with withdrawals made from the SunTrust Account. Photographs and associated records reflect BLANC withdrawing approximately $300 on October 1, 2014, at an ATM located in Hollywood, Florida, using a debit card issued in connection with the SunTrust Account.

9. On March 16, 2015, law enforcement sought and obtained a federal search warrant to search the residence located at 531 Northeast 141 Street, North Miami, Florida 33161, BLANC's home, for evidence of the commission of a criminal offense, the fruits of crime, or property designed or intended for use or which is being used or has been used as the means of committing a federal criminal offense, in particular: wire fraud, in violation of Title 18, United States Code, Section 1343; access device fraud, in violation of Title 18, United States Code, Section 1029(a); and aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a)(1).

10. On March 18, 2015, law enforcement executed that search warrant. In one bedroom, together with BLANC's personal items, law enforcement discovered a blue Compaq laptop computer, which was seized. During a subsequent forensic search of the laptop, law enforcement discovered a user-generated word document resume for BLANC. Law enforcement also found a user-generated Excel spreadsheet containing the names, social security numbers, dates of birth, and other personally identifying information of approximately 3,000 individuals.

11. Based on the foregoing facts, your Affiant submits that probable cause exists to believe that Defendant did knowingly, and with intent to defraud, possess fifteen or more

unauthorized access devices, that is, social security numbers of other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

Further Sayeth Your Affiant Naught.

Roger Passero
Special Agent, DOL-OIG

Subscribed and sworn to before me
this ___ day of April, 2015

HONORABLE CHRIS M. McALILEY
UNITED STATES MAGISTRATE JUDGE

4