UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20259-CR-ALTONAGA/O'SULLIVAN(s)
18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(c)(1)(C)
18 U.S.C. § 982(a)(2)(B)



FILED BY TB
Apr 28, 2015
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Miami, Florida

UNITED STATES OF AMERICA

vs.

RENET BLANC and
RONET BLANC,

    Defendants.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about January 22, 2014, and continuing through on or about March 18, 2015, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**RENET BLANC and
RONET BLANC,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to commit violations of Title 18, United States Code, Section 1029(a), namely:

(a) to knowingly, and with the intent to defraud, traffic in and use one or more unauthorized access devices, that is, social security numbers of other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during

that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(2); and

(b) to knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, social security numbers of other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

## ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following acts, among others:

1.  On or about September 24, 2014, **RONET BLANC** received approximately $724 of Unemployment Insurance (UI) funds from the State of Michigan by electronic deposit to his SunTrust Bank account ending in 5813.

2.  On or about September 26, 2014, **RENET BLANC**, at an Automated Teller Machine (ATM) in North Miami Beach, Florida, withdrew $500 from another individual's TD Bank account ending in 7429 that received UI funds from fraudulent UI claims submitted to the State of Michigan.

3.  On or about October 1, 2014, **RONET BLANC**, at an ATM in Hollywood, Florida, withdrew $300 from his SunTrust Bank account ending in 5813 that received UI funds from fraudulent UI claims submitted to the State of Michigan.

4.  On or about October 1, 2014, **RONET BLANC**, at an ATM in Hollywood, Florida, withdrew $700 from another individual's TD Bank account ending in 7429 that received UI funds from fraudulent UI claims submitted to the State of Michigan.

5. On or about October 10, 2014, **RENET BLANC**, at an ATM in Hollywood, Florida, withdrew $500 from another individual's TD Bank account ending in 7464 that received UI funds from fraudulent UI claims submitted to the State of Michigan.

6. On or about March 18, 2015, **RENET BLANC**, at 531 Northeast 141 Street, North Miami, Florida, maintained in his possession various papers with the personal identifying information, that is, names, dates of birth, and social security numbers, of over fifty (50) other persons, that he was not authorized to possess.

7. On or about March 18, 2015, **RONET BLANC**, at 531 Northeast 141 Street, North Miami, Florida, maintained in his possession, on his computer, lists of personal identifying information, that is, names, dates of birth, and social security numbers, of over three thousand (3,000) other persons that he was not authorized to possess.

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNT 2

From on or about January 22, 2014, through on or about January 21, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**RENET BLANC and
RONET BLANC,**

did knowingly, and with the intent to defraud, traffic in and use one or more unauthorized access devices, that is, social security numbers of other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 3

On or about March 18, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**RENET BLANC and
RONET BLANC,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, social security numbers of other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNTS 4-6

On or about March 18, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**RENET BLANC and
RONET BLANC,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(b)(2), that is, knowingly and willfully combining, conspiring, confederating and agreeing with each other and with other persons known and unknown to the Grand Jury to commit violations of Title 18, United States Code, Section 1029(a), namely, to knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices, that is, social security numbers of other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, and to knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, social security numbers of other persons, said conduct affecting interstate and foreign commerce, as charged in Count 1 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as set forth in each count below:

| Count | Defendant | Means of Identification |
|---|---|---|
| 4 | **RONET BLANC** | Name and social security number of "W.B." |
| 5 | **RENET BLANC and RONET BLANC** | Name and social security number of "D.W." |
| 6 | **RENET BLANC and RONET BLANC** | Name and social security number of "M.D." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## **FORFEITURE ALLEGATIONS**

1. The allegations in Counts 1, 2, and 3 of this Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **RENET BLANC** and **RONET BLANC**, have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as charged in Counts 1, 2, and 3 of this Superseding Indictment, the respective defendant shall forfeit to the United States the following property: (a) any personal property used or intended to be used to commit such violation, pursuant to Title 18, United States Code, Section 1029(c)(1)(C); and (b) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B).

3. The property subject to forfeiture includes, but is not limited to, the following: a forfeiture money judgment equal in value to the property that constitutes or is derived from the proceeds obtained as a result of any violation of Title 18, United States Code, Section 1029, as alleged in this Superseding Indictment, and any personal property that was used or intended to be used to commit or facilitate such violation.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
BENJAMIN WIDLANSKI
ASSISTANT UNITED STATES ATTORNEY

_____
JONATHAN E. KOBRINSKI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. | 15-20259-CR-CMA-JJO(s) |
|---|---|---|

vs.

**RENET BLANC and RONET BLANC,**

**CERTIFICATE OF TRIAL ATTORNEY\***

Defendants.
_____/

**Superseding Case Information:**

**Court Division**: (Select One)

<u> X </u> Miami     ___ Key West
___ FTL     ___ WPB     ___ FTP

New Defendant(s)    Yes <u> X </u> No ___
Number of New Defendants    1
Total number of counts    6

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    <u>No</u>
   List language and/or dialect

4. This case will take    <u>3-4</u>    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | | (Check only one) | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | x | Petty | | |
   | II | 6 to 10 days | | Minor | | |
   | III | 11 to 20 days | | Misdem. | | |
   | IV | 21 to 60 days | | Felony | | x |
   | V | 61 days and over | | | | |

6. Has this case been previously filed in this District Court? (Yes or No)    <u>Yes</u>
   If yes:
   Judge: Altonaga      Case No.    15-20259-CR-CMA-JJO
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    <u>Yes</u>
   If yes:
   Magistrate Case No.    15-2458-MJ-CMM and 15-2357-MJ-JJO
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the District of
   Is this a potential death penalty case? (Yes or No)    <u>No</u>

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes ___ No <u>x</u>

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    Yes ___ No <u>x</u>

_____
JONATHAN E. KOBRINSKI
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5501893

\*Penalty Sheet(s) attached                                REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** RENET BLANC

**Case No:** 15-20259-CR-CMA/JJO(s)

Count #:1

Conspiracy to Commit Fraudulent Use of Unauthorized Access Devices

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty:** 5 Years' Imprisonment

Count #:2

Access Device Fraud

Title 18, United States Code, Section 1029(a)(2)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #:3

Access Device Fraud

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty:** 10 Years' Imprisonment

Counts #:5-6

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Required Penalty:** 2 Years' Imprisonment Consecutive to Any Other Sentence

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   RONET BLANC

Case No:   15-20259-CR-CMA/JJO(s)

Count #:1

Conspiracy to Commit Fraudulent Use of Unauthorized Access Devices

Title 18, United States Code, Section 1029(b)(2)

*Max. Penalty: 5 Years' Imprisonment

Count #:2

Access Device Fraud

Title 18, United States Code, Section 1029(a)(2)

*Max. Penalty: 10 Years' Imprisonment

Count #:3

Access Device Fraud

Title 18, United States Code, Section 1029(a)(3)

*Max. Penalty: 10 Years' Imprisonment

Counts #:4-6

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

*Required Penalty: 2 Years' Imprisonment Consecutive to Any Other Sentence

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.