# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 15-20259-cr-ALTONAGA/O'SULLIVAN(s)

**UNITED STATES OF AMERICA**

**vs.**

**RONET BLANC,**

**Defendant.**

_____/

## FACTUAL PROFFER

Had this case proceeded to trial, the United States would have proved the following facts,

among others, beyond and to the exclusion of any and all reasonable doubts:

The federal unemployment insurance system is administered by individual state

employment offices.   Each state has a different system, but they all work similarly, in that an

individual can receive unemployment insurance benefits by completing an online application with

a claimant's name, date of birth, social security number, and other personal information.   After a

claimant registers, he can certify online that he is unemployed and eligible for benefits.   After

that, the benefits can be received through a number of means, including direct deposit into a bank

account or onto a pre-paid debit card.

In September of 2014, investigators with the United States Department of Labor ("DOL")

learned that the Michigan Unemployment Insurance Agency ("UIA"), the state agency tasked with

distributing federal unemployment benefits for residents of the state of Michigan, was paying out

numerous claims for different individuals into the same bank accounts.   One of the questionable

bank accounts was in the name of Ronet Blanc, the Defendant, but was receiving Michigan UIA

1

disbursements in the names of numerous individuals, including M.E. and D.W.   The bank account was not only opened in the Defendant's name, it also listed a Florida address (531 Northeast 141 Street, North Miami, Florida), which matched the Defendant's address in Department of Motor Vehicle records.   A review of the bank account deposit history determined that in the time period from September 1 through October 31, 2014, UIA deposited more than $1,000 into the Defendant's account in the names of claimants M.E. and D.W.

DOL investigators determined that there were other bank accounts in the South Florida area also receiving numerous payments from UIA, including bank accounts in the names of two of the Defendant's brothers, including his co-defendant Renet Blanc, as well as multiple known associates of the Defendant and his co-defendant.   All of the Michigan UIA claimants were contacted, and they confirmed that they were real people who had not filed UI claims; further, they had not authorized anyone else to do so.

DOL obtained surveillance photos and videos from automatic teller machines ("ATMs") throughout the South Florida area.   The pictures showed the Defendant utilizing cards in his name that were loaded with direct deposit funds from the Michigan UIA program, paid out in the names of other individuals.   The surveillance footage also showed numerous other individuals using cards in the Defendant's name and his co-defendant's name.   At least one card was used by both the Defendant and his co-defendant brother to withdraw funds from ATMs at different times.   The vehicles that the Defendant and his co-defendant used when withdrawing the funds are registered either to the Defendants, their significant others, or their family members.   The Defendant was captured on surveillance withdrawing significantly more than $1,000 in fraudulently transferred funds.

As a result of the above, law enforcement checked the state of Florida unemployment insurance database and compared it to the known address of the Defendant; at least five distinct Florida unemployment insurance claims, utilizing individuals with no association to the Defendant's residence, had claims filed in their names with the address of record as the Defendant's residence. They were also contacted, and confirmed that they had not given the Defendant permission to use their names or personal information. Surveillance of the residence confirmed that the Defendant and his co-defendant brother resided at the residence, but the identified victims did not.

Law enforcement sought and received a search warrant for the Defendant's residence. On March 18, 2015, law enforcement executed the search warrant. Inside the Defendant's bedroom, law enforcement uncovered a computer that contained thousands of unique pieces of PII. In the co-defendant's bedroom, law enforcement found, amongst numerous personal items belonging to the co-defendant, ledgers, papers, and other documents containing the personally identifying information ("PII") of individuals who did not reside at the residence. In particular, law enforcement found W2s, patient records, and handwritten PII for at least 20 unique individuals. Included in the PII found in the possession of the Defendant and his co-defendant was the PII of an individual named W.B., in whose name fraudulent UI benefits had been sought.

The Defendant personally received more than $1,000 in a single calendar year as a result of utilizing the PII of real individuals, many of whom lived outside the state of Florida, and defrauding multiple state unemployment insurance programs.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 6/23/15

By: _____
BENJAMIN J. WIDLANSKI
ASSISTANT UNITED STATES ATTORNEY

Date: 6/23/15

By: _____
DAVID DONET, ESQ.
ATTORNEY FOR DEFENDANT

Date: 6/23/15

By: _____
RONET BLANC
DEFENDANT

4